IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

CRIMINAL NO. 2:20-cr-16-KS-MTP-003

THOMAS TOMMY WILBURN SHOEMAKER

**ORDER**

THIS CAUSE IS BEFORE THE COURT on Motion for Miscellaneous Relief [116] filed by Defendant, Thomas Tommy Wilburn Shoemaker. The Court has considered the Motion and the Sentencing Order of Movant. The Sentencing Order [112] at page 2 states "The Court recommends that the Defendant be designated to the facility closest to his home for which he is eligible". Numerous things go into the decision by the Bureau of Prisons as to which institution a defendant is placed. An extensive Presentence Investigation Report is furnished to the Bureau of Prisons which also has information on all available facilities together with the programs and medical facilities offered in each institution. The Court has consistently determined that the Bureau of Prisons is in the best position to make the designation of the facility. This Court has made it a practice to allow the entity, the Bureau of Prisons, to make the final determination with the Court's recommendation "that the Defendant be designated to the facility closest to his home for which he is eligible". *Id.*

For the reasons above stated, the Court finds that the Motion for Miscellaneous Relief [116] should be, and is hereby, DENIED.

SO ORDERED this the __4th___ day of January, 2022.

                                            ____s/Keith Starrett_____
                                            UNITED STATES DISTRICT JUDGE